UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMY MALDONADO** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LOGLOGIC, INC.** )<br>)<br>Defendant, )<br>) | Civil Action No. 07-00066 (RCL) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.6(c) undersigned counsel for Plaintiff Amy Maldonado hereby files this Motion to Withdraw Appearance in the above referenced case due to irreconcilable differences. No trial date has been set in this case.

Pursuant to Local Rule 83.6(c) undersigned counsel makes the following certification:

The last known address for Plaintiff Amy Maldonado is 5789 Ladues End Court, Fairfax, VA 22030.

Undersigned counsel has served a copy of this Motion to Plaintiff Amy Maldonado and a Notice advising the Plaintiff to obtain other counsel, or, if the Plaintiff intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk of the Court in writing within five (5) days of service of the Motion upon the Plaintiff.

For all the foregoing reasons, undersigned counsel respectfully requests that the Court grant this motion and withdraw the appearance of undersigned counsel.

Dated: February 23, 2007

Respectfully submitted,

_____
Camilla C. McKinney, Esq.
DC Bar No.  448776
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C.  20005
(202) 861-2934 (telephone)
(202) 517-9111 (facsimile)
*Attorney for Plaintiff Amy Maldonado*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2007, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance to be sent via U.S. Mail, postage pre-paid, and e-mail, to:

Amy Maldonado
5789 Ladues End Court
Fairfax, VA  22030
amybrm@hotmail.com

_____
Camilla C. McKinney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **AMY MALDONADO** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-00066 (RCL) |
|  | ) |
| **LOGLOGIC, INC.** | ) |
|  | ) |
| Defendant, | ) |

Upon consideration of the Motion to Withdraw Appearance, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED this _____ day of _____, 2007.

_____
US District Court Judge