UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-66 (RCL) |
| LOGLOGIC, INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion [2] to Withdraw Appearance, and the entire record herein, it is hereby ORDERED that the unopposed Motion is GRANTED. Plaintiff shall, within 30 days of this date, file a memorandum with the Court indicating how she intends to proceed in this matter and what steps she has taken to effect service on defendant. Failure to comply with this Order will result in dismissal of this action for failure to prosecute. A copy of this Order shall be sent to the plaintiff, *pro se*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 6, 2007.