UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| AMY MALDONADO, | |
| PLAINTIFF, | |
| v. | Case No.: 1:07CV00066 (RCL) |
| LOGLOGIC, INC., | |
| DEFENDANT. | |

### NOTICE OF APPEARANCE

Please enter the appearance of Gwenlynn Whittle D'Souza of the law firm of Lippman, Semsker & Salb, LLC, as counsel for the Plaintiff Amy Maldonado in the above-captioned matter.

        Respectfully submitted,

        LIPPMAN, SEMSKER & SALB, LLC

        /s/
        Gwenlynn Whittle D'Souza, #453849
        S. Micah Salb, #453197
        Richard H. Semsker, #22819
        7700 Old Georgetown Rd
        Suite 500
        Bethesda, Maryland 20814
        (301) 656-6905

        Counsel for Plaintiff