**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|                                    |
|------------------------------------|
| AMY MALDONADO,                     |
|     PLAINTIFF,                     |
|     v.                             |
| LOGLOGIC, INC.,                    |
|     DEFENDANT.                     |

Case No.: 1:07CV00066 (RCL)

## STATUS REPORT

Pursuant to the Order of Court dated March 6, 2007, Plaintiff, Amy Maldonado, by and through counsel, Gwenlynn Whittle D'Souza, states as follows:

1) Amy Maldonado filed her complaint herein on January 12, 2007.

2) Prior counsel for Plaintiff, Camilla McKinney, attempted to serve the summons and complaint on Defendant LogLogic's listed Agent for Service of Process, CSC-Lawyers Incorporating Service in California in or around late January 2007.

3) CSC-Lawyers Incorporating Service failed to accept service stating it no longer represents LogLogic, Inc.

4) On or about February 23, 2007, prior counsel for Plaintiff filed a Motion to Withdraw in this case.

5) As of today, April 4, 2007, Amy Maldonado, has retained the law firm of Lippman, Semsker & Salb to represent her in the above-referenced matter.

        Respectfully submitted,

        LIPPMAN, SEMSKER & SALB, LLC


        _____/s/_____
        Gwenlynn Whittle D'Souza, #453849
        S. Micah Salb, #453197
        Richard H. Semsker, #22819
        7700 Old Georgetown Rd
        Suite 500
        Bethesda, Maryland  20814
        (301) 656-6905

        Counsel for Plaintiff