**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| AMY MALDONADO, | |
|    PLAINTIFF, | |
|    v. | Case No.: 1:07CV00066 (RCL) |
| LOGLOGIC, INC., | |
|    DEFENDANT. | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the Plaintiff Amy Maldonado in the above-captioned matter.

 

Respectfully submitted,

LIPPMAN, SEMSKER & SALB, LLC

/s/
S. Micah Salb, #453197
Richard H. Semsker, #22819
7700 Old Georgetown Rd
Suite 500
Bethesda, Maryland 20814
(301) 656-6905

Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906