**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|                                          |                                  |
|------------------------------------------|----------------------------------|
| AMY MALDONADO,                           |                                  |
|     PLAINTIFF,                           |                                  |
|     v.                                   | Case No.: 1:07CV00066 (RCL)      |
| LOGLOGIC, INC.,                          |                                  |
|     DEFENDANT.                           |                                  |

**CONSENT MOTION TO REISSUE SUMMONS**

Plaintiff Amy Maldonado, by and through her undersigned counsel, herewith requests that this Court reissue a Summons for Defendant LogLogic, Inc. The grounds for this request are stated below:

1.     Plaintiff Amy Maldonado filed her Complaint herein on January 12, 2007.

2.     Defendant LogLogic's listed Agent for Service of Process in the records of the District of Columbia Government is CSC-Lawyers Incorporating Service in California.

3.     Plaintiff's previous attorney, Camilla McKinney, attempted to serve the summons and Complaint on Defendant's listed Agent in or around late January 2007.

4.     CSC-Lawyers Incorporating Service failed to accept service, stating that it no longer represents LogLogic, Inc.

5.     On or about February 23, 2007, prior counsel for Plaintiff filed a Motion to Withdraw in this case.

6.     On April 4, 2007, the Plaintiff retained the under-signed Firm to represent her in this matter.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

7.  Defendant, by its counsel, Tyler Brown of the law firm Jackson, Lewis, has consented to the relief requested herein.

8.  Plaintiff therefore requests that the Court reissue a summons to Defendant LogLogic, Inc., to be served on the company's attorney, Tyler Brown, Esq. A copy of the proposed summons is attached hereto.

        Respectfully submitted,

        LIPPMAN, SEMSKER & SALB, LLC

        _____/s/_____
        S. Micah Salb, #453197
        Richard H. Semsker, #22819
        Gwenlynn Whittle D'Souza, #453849
        7700 Old Georgetown Rd
        Suite 500
        Bethesda, Maryland 20814
        (301) 656-6905

        Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

AMY MALDONADO,

PLAINTIFF,

V.

LOGLOGIC, INC.,

DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07CV00066 (RCL)

TO: (Name and address of Defendant)

LOGLOGIC, INC.
c/o TYLER BROWN, ESQ.
JACKSON LEWIS
8614 WESTWOOD CENTER DRIVE
SUITE 950
VIENNA, VIRGINIA 22182

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

S. MICAH SALB, ESQ.
LIPPMAN, SEMSKER & SALB, LLC
7700 OLD GEORGETOWN ROAD
SUITE 500
BETHESDA, MARYLAND 20814

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                       *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.