UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO<br>5789 Ladues End Court<br>Fairfax, VA 22030<br><br>      Plaintiff,<br><br>v.<br><br>LOGLOGIC, INC.<br>3061-B Zanker Road<br>San Jose, CA 95134<br><br>      Defendant. | Case No. 1:07-cv-00066<br>(RCL) |

## CONSENT MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

LOGLOGIC, INC. ("Defendant"), by its counsel, hereby files this consent motion for a one-week extension to respond to plaintiff's complaint. In support of the motion, Defendant states as follows:

1. Defendant's responsive pleading to plaintiff's complaint is currently due May 8, 2007.

2. Undersigned counsel have not yet had an opportunity to learn sufficient facts to respond to the complaint but will be able to do so with a one-week extension of the deadline, to May 15, 2007.

3. Plaintiff's counsel has consented to the one-week extension proposed in this motion.

For the foregoing reasons, Defendant respectfully asks the Court to enter the attached order extending the time for defendant to respond to the complaint one week to May 15, 2007.

Respectfully submitted,

**JACKSON LEWIS LLP**

By:  /s/
Tyler A. Brown
D.C. Bar No. 480693
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189
Fax: (703) 821-2267

Date: May 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Consent Motion for Extension of Time to Respond to Complaint* was sent by United States Mail, postage prepaid, on this 7th day of May, 2007, to:

Micah Salb, Esq.
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814

/s/
Tyler A. Brown

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO<br>5789 Ladues End Court<br>Fairfax, VA 22030<br><br>           Plaintiff,<br><br>   v.<br><br>LOGLOGIC, INC.<br>3061-B Zanker Road<br>San Jose, CA 95134<br><br>           Defendant. | Case No. 1:07-cv-00066<br>(RCL) |

### ORDER

The Court has considered Defendant's Consent Motion for Extension of Time to Respond to Complaint. Finding good cause, the Court hereby GRANTS the motion. Defendant's time to file a responsive pleading shall be extended by one week, from May 8, 2007 to May 15, 2007.

IT IS SO ORDERED this _____ day of May, 2007.

_____
Judge