UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMY MALDONADO, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-66 (RCL) |
| LOGLOGIC, INC., | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's Consent Motion [8] for Extension of Time to Respond to Complaint, and upon good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that defendant's time to answer or otherwise respond shall be extended by one week, from May 8, 2007, to May 15, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 7, 2007.