UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
AMY MALDONADO              )
                           )
       Plaintiff,       )
                           )
v.                         )   Case No. 1:07-cv-0066 (RCL)
                           )
LOGLOGIC, INC.             )
                           )
       Defendant.       )
_____)

# ORDER

Before the Court is defendant's motion [12-2] to dismiss plaintiff's amended complaint and to compel [13] arbitration. Upon consideration of the motion, plaintiff's opposition, defendant's reply brief and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the defendant's motion to dismiss the amended complaint and to compel arbitration is DENIED. It is further hereby

ORDERED that plaintiff's motion [17] for leave to file a second amended complaint hereby is GRANTED

SO ORDERED

Signed by United States District Judge Royce C. Lamberth, December 5, 2007.