**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMY MALDONADO,<br><br>    PLAINTIFF,<br><br>v.<br><br>LOGLOGIC, INC.,<br><br>    DEFENDANT. | Case No.: 1:07CV00066 (RCL) |

## REPORT OF LOCAL RULE 16.3 CONFERENCE

Notice is hereby given that the parties have conducted the meeting required by Local Civil Rule 16.3 and the Court's Order of January 2, 2008. Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and the rules of this Court, counsel submit this report reflecting their discussions. A proposed Scheduling Order incorporating the Parties' suggestions is attached.

1. <u>Dispositive Motions</u>: The Defendant anticipates filing a dispositive motion. The Plaintiff does not believe that this action can be resolved by dispositive motion following discovery given that this is a very fact-based case and the facts appear to be sharply disputed.

2. <u>Amended Pleadings/Joinder of Parties/Narrowing of Issues</u>: The Parties do not anticipate that it will be necessary to join third parties or amend the pleadings at this time. Nonetheless, any amended pleadings should be filed no later than forty days after entry of the initial scheduling order. The Parties have not identified any legal or factual issues which may be agreed upon or narrowed at this time.

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

      3.    <u>Assignment To Magistrate Judge</u>:  The Parties do not consent to assignment to a Magistrate Judge for any purpose other than mediation.

      4.    <u>Settlement Possibility</u>:  The Parties believe that this case can be settled.  However, neither Party has made a settlement offer.

      5.    <u>Alternative Dispute Resolution Procedures</u>:  The Parties consent to appear before a Magistrate Judge for mediation, except that the Plaintiff believes that mediation would be most productive after document production.

      6.    <u>Dispositive Motion Schedule</u>:  The Parties agree that any dispositive motions should be filed within 30 days after the close of discovery, that any opposition to that motion should be filed within 30 days of the filing of the motion, and that any reply should be filed within 15 days of the filing of the opposition.

      7.    <u>Initial Disclosures</u>:  The Parties have not agreed to dispense with initial disclosures in this case.  The Parties agree that Initial Disclosures shall be submitted by February 22, 2008.

      8.    <u>Discovery</u>: The Parties contemplate that they will need six months to complete discovery from the entry of the scheduling order.  Accordingly, the Parties agree to July 31, 2008 for the close of discovery.  The Parties anticipate that a protective order will be required prior to the production of documents in this case and the Defendant has agreed to draft a stipulation and proposed order to avoid delay.  Given the amicable relations between counsel, the Parties do not anticipate significant discovery disputes.

      9.    <u>Experts</u>:  The Parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified.  The Parties agree that any proponent's Rule 26(a)(2) disclosures shall be served on or before 30 days from the conclusion of discovery and that responsive experts should be

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

identified 30 days thereafter. Depositions of experts may occur at any time at least 60 days prior to trial.

      10.    <u>Class Action Procedures</u>:  Not applicable because this is not a class action.

      11.    <u>Bifurcation of Discovery or Trial</u>:  The Parties do not now see any need for bifurcation of this case.

      12.    <u>Proposed Date For The Pretrial Conference</u>:  The Parties agree that a pretrial conference should be set 30 days after any dispositive motions are resolved, or 60 days after the close of discovery if no dispositive motions are filed.

      13.    <u>Trial Date</u>:  The Parties agree that a trial date should be set at the pretrial conference.

      14.    <u>Other matters</u>: The Parties agree to seven depositions and 25 interrogatories for each Party. The Parties agree to set the deadline for Requests for Admission at 15 days after the close of discovery. The Parties have discussed electronic discovery, and will address the issue when the need arises.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| S. Micah Salb, DC Bar #453197 | Tyler A. Brown, DC Bar #480693 |
| Gwenlynn Whittle D'Souza, DC Bar #453849 | Jackson Lewis LLP |
| Richard H. Semsker, DC Bar #413886 | 8614 Westwood Center Drive |
| Lippman, Semsker & Salb, LLC | Suite 950 |
| 7700 Old Georgetown Road, Suite 500 | Vienna, VA 22182 |
| Bethesda, Maryland 20814 | (703) 821-2189 |
| (301) 656-6905 | |
| | Counsel for Defendant |
| Counsel for Plaintiff | |

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 3 -

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
|
AMY MALDONADO,                              |
|
    PLAINTIFF,                          |
|
  v.                                          |  Case No.: 1:07CV00066 (RCL)
|
LOGLOGIC, INC.,                             |
|
    DEFENDANT.                          |
_____ _____|

## **[PROPOSED] INITIAL SCHEDULING ORDER**

Based on the Joint Rule 16.3 Report to the Court and the representations of counsel, it is this

_____ day of _____, 2008, hereby

ORDERED that the Parties shall make their initial disclosures under Fed. R. Civ. P. 26(a)(1) on or before February 22, 2008; and it is further

ORDERED that Discovery shall commence from the date of this Order and shall be completed by July 31, 2008; and it is further

ORDERED that each Party may notice 7 depositions and propound 25 interrogatories, and it is further

ORDERED that expert witnesses, if any, shall be identified in accordance with Fed. R. Civ. P. 26(a)(2), ; and it is further

ORDERED that any proponent's Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served by September 1, 2008, that responsive Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served by October 1, 2008, and that depositions of experts may occur at any time at least 60 days prior to trial; and it is further

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

ORDERED that dispositive motions shall be filed within 30 days after the close of discovery; oppositions shall be filed within 30 days of the filing of the motion, and replies shall be filed within 15 days of the filing of the opposition; and it is further

ORDERED that any Requests for Admission shall be propounded by August 15, 2008; and it is further

ORDERED that the Pre-Trial Conference shall be held on _____, or thirty days after dispositive motions are resolved, whichever is later.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906