UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO, | |
| PLAINTIFF, | |
| v. | Civil Case No.: 07-0066 (RCL) |
| LOGLOGIC, INC., | |
| DEFENDANT. | |

### INITIAL SCHEDULING ORDER

Based on the Joint Rule 16.3 Report to the Court and the representations of counsel, it is hereby

ORDERED that the Parties shall make their initial disclosures under Fed. R. Civ. P. 26(a)(1) on or before February 22, 2008; and it is further

ORDERED that Discovery shall commence from the date of this Order and shall be completed by July 31, 2008; and it is further

ORDERED that each Party may notice 7 depositions and propound 25 interrogatories, and it is further

ORDERED that expert witnesses, if any, shall be identified in accordance with Fed. R. Civ. P. 26(a)(2), ; and it is further

ORDERED that any proponent's Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served by September 1, 2008, that responsive Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served by October 1, 2008, and that depositions of experts may occur at any time at least 60 days prior to trial; and it is further

ORDERED that dispositive motions shall be filed within 30 days after the close of discovery; oppositions shall be filed within 30 days of the filing of the motion, and replies shall be filed within 15 days of the filing of the opposition; and it is further

ORDERED that any Requests for Admission shall be propounded by August 15, 2008; and it is further

ORDERED that the a status conference shall be held after dispositive motions are resolved, at which time dates for pretrial and trial will be set.

**SO ORDERED.**

Signed by United States District Judge Royce C. Lamberth on January, 29, 2008.