UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMY MALDONADO | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No.07cv00066(RCL) |
| LOGLOGIC, INC. | ) ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE</u>**

The Clerk will please note the entry of appearance of Mona Lyons as counsel for Plaintiff Amy Maldonado, and the withdrawal of the appearance of the S. Micah Salb, Gwenlynn Whittle D'Souza and the entire firm of Lippman, Semsker & Salb, LLC as counsel for Plaintiff.

Respectfully submitted,

/s/
Mona Lyons (DC Bar # 914234)
LAW OFFICE OF MONA LYONS
1666 Connecticut Avenue, NW, Suite 500
Washington, D.C. 200090
(202) 387-7000, Ext.1302

/s/
S. Micah Salb, (DC Bar #453197)
Gwenlynn Whittle D'Souza (DCBar #453849)
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
(301) 656-6905