UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOGLOGIC, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-00066<br>(RCL) |

**JOINT MOTION TO MODIFY**
**INITIAL SCHEDULING ORDER**

The parties, Defendant LogLogic, Inc. ("LogLogic") and Plaintiff Amy Maldonado ("Maldonado"), through their respective counsel, respectfully request that discovery and related deadlines in this case be extended for an additional two month period. In support of their motion, the parties state as follows:

1. The Court's Initial Scheduling Order was entered on January 29, 2008.

2. Ms. Maldonado's present counsel entered an appearance on March 24, 2008.

3. Since that time, both parties have responded to written discovery requests and produced hundreds of documents. The parties' counsel have also addressed and resolved numerous discovery issues and, as a result of those efforts, the parties are continuing to locate and produce additional documents.

4. The parties intend to conduct a total of five depositions after their document production is complete. Two of the deponents live in California, another deponent lives in Colorado and a fourth lives in Florida, requiring considerable travel at a

time of year when scheduling is complicated by vacation plans of both witnesses and counsel.

Under the circumstances, the parties request until September 30, 2008 to complete discovery.

Respectfully submitted,

**JACKSON LEWIS LLP**

By: /s/_____                Date: July 14, 2008
Tyler A. Brown
D.C. Bar No. 480693
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-2189
Fax: (703) 821-2267

**LAW OFFICE OF MONA LYONS**

By: /s/_____                Date: July 14, 2008
Mona Lyons
D.C. Bar No. 914234
1666 Connecticut Avenue NW
Suite 500
Washington DC 20009
(202) 387-7000
(202) 387-7116

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO                      ) | |
|                                   ) | |
|          Plaintiff,                ) | |
|                                   ) | |
| v.                                 ) | Case No. 1:07-cv-00066 |
|                                   ) | (RCL) |
| LOGLOGIC, INC.                      ) | |
|                                   ) | |
|          Defendant.                ) | |
| _____) | |

## ORDER

Having considered the parties' Joint Motion To Modify Initial Scheduling Order, and finding good cause, it is hereby

ORDERED that discovery shall be completed by September 30, 2008; and it is further

ORDERED that each party may notice seven depositions; and it is further

ORDERED that expert witnesses, if any, shall be identified in accordance with Fed. R. Civ. P. 26(a)(2) ; and it is further

ORDERED that any proponent's Fed. R. Civ. P. 26(a)(2)(B) report shall be served by November 1, 2008, that any responsive Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served by December 1, 2008, and that depositions of experts may occur at any time at least 60 days prior to trial; and it is further

ORDERED that dispositive motions shall be filed within 30 days after the close of discovery; oppositions shall be filed within 30 days of the filing of the motion, and replies shall be filed within 15 days of the filing of the opposition; and it is further

ORDERED that any Requests for Admission shall be propounded by October 15, 2008; and it is further

ORDERED that a status conference shall be held after dispositive motions are resolved, at which time dates for pretrial and trial will be set.

**SO ORDERED**

Signed by Chief United States District Judge Royce C. Lamberth on _____, 2008.

_____
Chief Judge Royce C. Lamberth