UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY MALDONADO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOGLOGIC, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:07-cv-00066 <br> (RCL) <br> **FILED** <br> JUL 16 2008 <br> Clerk, U.S. District and <br> Bankruptcy Courts |

## ORDER

Having considered the parties' Joint Motion To Modify Initial Scheduling Order, and finding good cause, it is hereby

ORDERED that discovery shall be completed by September 30, 2008; and it is further

ORDERED that each party may notice seven depositions; and it is further

ORDERED that expert witnesses, if any, shall be identified in accordance with Fed. R. Civ. P. 26(a)(2) ; and it is further

ORDERED that any proponent's Fed. R. Civ. P. 26(a)(2)(B) report shall be served by November 1, 2008, that any responsive Fed. R. Civ. P. Rule 26(a)(2)(B) report shall be served by December 1, 2008, and that depositions of experts may occur at any time at least 60 days prior to trial; and it is further

ORDERED that dispositive motions shall be filed within 30 days after the close of discovery; oppositions shall be filed within 30 days of the filing of the motion, and replies shall be filed within 15 days of the filing of the opposition; and it is further

ORDERED that any Request Admission shall be propounded by October 15, 2008; and it is further

ORDERED that a status conference shall be held after dispositive motions are resolved, at which time dates for pretrial and trial will be set.

**SO ORDERED**

Signed by Chief United States District Judge Royce C. Lamberth on July 16, 2008.

_____
Chief Judge Royce C. Lamberth